# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| JESSICA DRURY, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:19-CV-282-DJH |
| ) | |
| v. ) | *Electronically Filed* |
| ) | |
| UNIVERSITY OF LOUISVILLE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

Comes now the Defendant, University of Louisville ("UL"), by counsel, and pursuant to 28. U.S.C. §§ 1331, 1441, and 1446, respectfully submits this Notice of Removal of this action from the Circuit Court of Jefferson County, Kentucky, the court in which this case is presently pending, to the United States District Court for the Western District of Kentucky at Louisville because of the federal question raised and subject matter jurisdiction established thereby. As grounds for this removal, UL states as follows:

### LITIGATION FACTS

1. On or about March 6, 2019, Plaintiff Jessica Drury ("Plaintiff" or "Drury") filed a Complaint in the Circuit Court of Jefferson County, Kentucky, captioned *JESSICA DRURY VS. UNIVERSITY OF LOUISVILLE*, case number 19-CI-001442.

2. In her Complaint, Plaintiff alleges violations of the Americans with Disabilities Act, the federal Civil Rights Act of 1964, the Rehabilitation Act of 1973, and the Kentucky Civil Rights Act (KRS 344). (*See* Compl., at ¶¶ 2, 40-63[1]).

3. UL was served with its summons on March 15, 2019. (*See* Summons).

4. All state court filings to date are reflected collectively in **Exhibit 1** in compliance with 28 U.S.C. § 1446(a).

## SUBJECT MATTER JURISDICTION

5. In her Complaint, Plaintiff alleges violations of the Americans with Disabilities Act, the federal Civil Rights Act of 1964, and the Rehabilitation Act of 1973, each of which are federal law and by virtue raise federal questions.

6. Plaintiff's Complaint therefore, on its face, arises under the Constitution, laws, or treaties of the United States and gives this Court subject matter jurisdiction. See 28 U.S.C. § 1331; Merrell Dow Pharm. Inc. v. Thompson, 478 U.S. 804, 808 (1986).

## REMOVAL

7. Because of the federal questions raised on the face of Plaintiff's Complaint, this Court has subject matter jurisdiction and original jurisdiction over this matter.

8. Pursuant to 28 U.S.C. §1441, et seq., the right exists to remove this case to the United States District Court for the Western District of Kentucky (Louisville), which embraces the place where the action is currently pending.

9. This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b) as it is being filed within thirty (30) days of receipt of the Summons and Complaint in this matter.

---

[1] What is presumably intended to be marked ¶ 63 in the Complaint has been errantly marked ¶ 39.

10. As required by 28 U.S.C. §1446(d), UL shall promptly file a copy of this Notice of Removal with the Jefferson County, Kentucky Circuit Court, and serve copies of this Notice of Removal on Plaintiff's counsel.

WHEREFORE, Defendant University of Louisville respectfully requests that the above entitled action now pending in the Jefferson County, Kentucky Circuit Court, be removed pursuant to 28 U.S.C. §§1332 and 1441 to this Court, that this Court accept jurisdiction over this action, and henceforth that this action be placed upon the docket of this Court for further proceedings, as if this case had been originally instituted in this Court.

Respectfully Submitted,

*/s/ Randall S. Strause*
Randall S. Strause
Parker M. Wornall
STRAUSE LAW GROUP, PLLC
804 Stone Creek Parkway, Suite One
Louisville, KY 40223
Telephone: (502) 426-1661
Fax: (502) 426-6772
Email: rstrause@strauselawgroup.com
       pwornall@strauselawgroup.com
COUNSEL FOR DEFENDANT